IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CARLSON, individually, and as the special representative of the heirs and estate of John Carlson, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>L.C. WILLIAMS AND ASSOCIATES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-99-3157 MMC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW; VACATING HEARING; CONTINUING JUNE 9, 2006 CASE MANAGEMENT CONFERENCE TO JULY 7, 2006**<br><br>(Docket No. 192) |

      Before the Court is Kern and Wooley LLP's motion, filed April 21, 2006, to withdraw as counsel for defendant L.C. Williams and Associates, Inc. ("Williams"). Pursuant to the Civil Local Rules of this District, any opposition was due no later than May 19, 2006. To date, no opposition has been filed. For good cause shown, Kern and Wooley LLP's motion to withdraw is hereby GRANTED.

      Williams cannot appear in this action without counsel, however, see Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993), and a case management conference is scheduled for June 9, 2006. Accordingly, the Court hereby CONTINUES the case management conference to July 7, 2006 at 10:30 a.m. to afford Williams time to obtain

new counsel.  The Court cautions Williams that if plaintiff initiates proceedings to enforce the asserted settlement between plaintiff and Williams, and Williams does not file a timely substitution of counsel, it will be deemed to be in default, and plaintiff may then seek entry of default and a default judgment.  See, e.g., United States v. High Country Broadcasting Company, Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default judgment against corporation when corporation failed to retain counsel).

**IT IS SO ORDERED.**

Dated: June 1, 2006

MAXINE M. CHESNEY
United States District Judge